MINNIE VIOLA SMITH, Respondent, v. SIMON AMOS SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MILLER-ASCHHEIM COMPANY, INC., Respondent, v. DALTON & BALCH, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that there is not sufficient proof of the cause of action or of damages. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN M. MARMER, Respondent, v. CHARLES A. BRUHNS, Appellant, Impleaded with Another.— Order modified by directing that the cause be restored to the calendar in the same position it occupied before dismissal and with the same number, and as so modified affirmed, without costs  No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES J. HJELTE, Respondent, v. GREGOR M. FRAME and Another, Appellants.— Order modified by granting the motion to dismiss the action unconditionally, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSHUA HOYLE & SONS, LIMITED, Respondent, v. SHIPLEY-HOLLINS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADOLPH BAUMANN, Appellant, v. AMERVOLL CO., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY WITTNER, Appellant, v. BURR AVENUE DEVELOPMENT CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PRIESS RADIO CORPORATION, Respondent, v. VAN CAMP HARDWARE AND IRON CO., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD S. WALSH and Another, as Executors, etc., of ANN ELIZA WALSH, Deceased, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Defendant, Impleaded with JOHN G. THEBAN and Another, as Executors, etc., of JOHN MCQUIRK, Deceased, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ